IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSICA J. PEASE-KANGAS,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                                  Case No. 13-cv-449-wmc

FLETCHER L. CHRISTOPHER,

    Defendant.

      This action came before the court for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jessica J. Pease-Kangas against defendant Fletcher L. Christopher in the amount of $5,000.

    /s/                                                        8/6/2013
Peter Oppeneer, Clerk of Court                        Date